## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Nicole Collins,<br><br>       Plaintiff,<br><br>v.<br><br>Law Office of Keith S. Shindler, Ltd.<br>d/b/a Shindler & Joyce,<br><br>       Defendant. | Case No. 0:19-cv-00240-MJD-TNL<br><br><br>**NOTICE OF**<br>**SETTLEMENT** |

**PLEASE TAKE NOTICE** that the above-entitled matter has been resolved between the parties pending the exchange of final settlement documents and conditions, which are expected to be completed by May 2019. Plaintiff respectfully requests that the Court retain continuing jurisdiction over this matter pending the filing of a Notice or Stipulation of Dismissal herein.

Respectfully submitted,

**BARRY & HELWIG, LLC**

Dated: March 7, 2019

By:  s/Patrick J. Helwig
Patrick J. Helwig, Esq.
Attorney I.D.#0391787
2828 University Ave. SE, Suite 202
Minneapolis, Minnesota 55414-3236
Telephone:  (612) 379-8800
Fax: (612) 379-8810
phelwig@lawpoint.com
*Attorney for Plaintiff*

-1-